UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAM EL FILALI, | |
| Plaintiff, | CIVIL NO. 1:23-cv-00133 |
| v. | |
| HARRISBURG AL OPERATIONS LLC, | (KANE, J.)<br>(LATELLA, M.J.) |
| Defendant. | |

# ORDER

AND NOW, this 30th day of October, 2025, for the reasons set forth in our accompanying Memorandum, it is **HEREBY ORDERED** that, Plaintiff shall provide to the Court any (1) documentation from a public agency or court of record that he has been adjudicated incompetent, or (2) documentation from a medical provider that the type of mental illness he is being treated for renders him legally incompetent, to the extent such documentation exists.

This documentation shall be provided directly to the Court **only**

for *in camera review*.  Plaintiff shall mail any such documents to:

>The Honorable Leo A. Latella
>Max Rosenn U.S. Courthouse
>197 S. Main Street
>Wilkes Barre, PA  18701

>*s/ Leo A. Latella*
>**LEO A. LATELLA**
>**United States Magistrate Judge**